# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| v. | ) No.: 4:19-CR-21-CDL |
| STEPHEN POWELL,<br>    Defendant. | )<br>)<br>) |

## ORDER

The Defendant has filed a motion to continue the pretrial conference, the deadlines for pretrial motions, and the trial of this case. The Defendant further understands that the granting of this motion will result in the trial of this case being continued to the Court's January 2020 trial term with a final pretrial conference and hearing on pending motions likely being held during the week of December 2, 2019. Based on the reasons set forth in Defendant's Motion to Continue Pretrial Motions and Pretrial Conference and for good cause, the motion is **GRANTED** and the Defendant's case shall be continued to the Court's January 2020 trial term. The final pretrial conference and hearing on pending motions shall be scheduled during the week of December 2, 2019, and any pretrial motions shall be filed prior to the final pretrial conference.

The Court finds that the ends of justice in permitting this continuance outweighs the Defendant's and public's interest in a speedy trial, 18 USC §3161. And the period during which this case is pending pursuant to today's order shall not be counted for purposes of the Speedy Trial Act or otherwise evaluating Defendant's right to a speedier trial.

SO ORDERED, this **22nd** day of **July, 2019**.

      s/Clay D. Land
HONORABLE CLAY D. LAND
CHIEF JUDGE
UNITED STATES DISTRICT COURT